No. 179, Misc. IN RE DISBARMENT OF LOMBARD. It having been reported to the Court that Earl J. Lombard of Washington, District of Columbia, has been disbarred from the practice of law by the United States Court of Appeals for the District of Columbia Circuit, duly entered on the eighteenth day of May, 1967, and this Court by order of June 5, 1967, having suspended the said Earl J. Lombard from the practice of law in this Court and directing that a rule issue requiring him to show cause why he should not be disbarred;

And it appearing that the said rule was duly issued and served upon the respondent, and that the time within which to file a return to the rule has expired;

IT IS ORDERED that the said Earl J. Lombard be, and he is hereby, disbarred from the practice of law in this Court and that his name be stricken from the roll of attorneys admitted to practice before the Bar of this Court.

No. 156, Misc. KENNEDY v. COMMANDANT, UNITED STATES DISCIPLINARY BARRACKS, FORT LEAVENWORTH. Motion for leave to file petition for writ of habeas corpus and other relief denied. MR. JUSTICE MARSHALL took no part in the consideration or decision of this motion. *Solicitor General Marshall, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for respondent in opposition.

No. 221, Misc. UTICA MUTUAL INSURANCE CO. v. UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF NEW YORK ET AL. Motion for leave to file petition for writ of mandamus denied. MR. JUSTICE MARSHALL took no part in the consideration or decision of this motion. *Charles J. Barnhill* on the motion. *Solicitor General Marshall, Arnold Ordman, Dominick L. Manoli* and *Norton J. Come* for National Labor Relations Board in opposition.